1  KAREN P. HEWITT
   United States Attorney
2  CARLA J. BRESSLER
   Assistant United States Attorney
3  California State Bar No. 134886
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6763
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA



8

9                    UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,        )   Magistrate Case No. 08MJ1008
                                     )
12                    Plaintiff,     )
                                     )
13            v.                     )   **STIPULATION OF FACT AND JOINT
                                     )   MOTION FOR RELEASE OF
                                     )   MATERIAL WITNESS(ES) AND
14  EDGAR RICARDO OLIVO-CERDA (2),   )   ORDER THEREON**
                                     )
15                    Defendant.     )
                                     )   **(Pre-Indictment Fast-Track Program)**
16  _____ )

17        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19  Carla J. Bressler, Assistant United States Attorney, and defendant EDGAR RICARDO OLIVO-

20  CERDA, by and through and with the advice and consent of Norma A. Aguilar, counsel for

21  defendant, that:

22        1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

23  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

27  and (v)(II).

28  //

   CJB:es:4/7/08

2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **May 2, 2008**.

4.      The material witnesses, Israel Nieto-Guerrero, Luis Gustavo Gonzalez-Gutierrez, and Rodrigo Vicente-Gonzales, in this case:

a.      Are aliens with no lawful right to enter or remain in the United States;

b.      Entered or attempted to enter the United States illegally on or about March 31, 2008;

c.      Were found in a vehicle driven by codefendant in or near Campo, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

d.      Were paying $2,000 - $2,500 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

e.      May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5.      After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.      The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

b.      The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Edgar Ricardo Olivo-Cerda (2)            2                    08MJ1008

1    testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

2    against interest of (an) unavailable witness(es); and,

3            c.      Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

4    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6    waives the right to confront and cross-examine the material witness(es) in this case.

7        6.      By signing this stipulation and joint motion, defendant certifies that defendant has

8    read it (or that it has been read to defendant in defendant's native language). Defendant certifies

9    further that defendant has discussed the terms of this stipulation and joint motion with defense

10    counsel and fully understands its meaning and effect.

11        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12    immediate release and remand of the above-named material witness(es) to the Department of

13    Homeland Security for return to their country of origin.

14        It is STIPULATED AND AGREED this date.

15                                    Respectfully submitted,

16                                      KAREN P. HEWITT
                                               United States Attorney

17

18 Dated: _____.

19                                CARLA J. BRESSLER
                               Assistant United States Attorney

20

21 Dated: _____.

22                                NORMA A. AGUILAR
                               Defense Counsel for Olivo-Cerda

23

24 Dated: _____.

25                                EDGAR RICARDO OLIVO-CERDA
                               Defendant

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Edgar Ricardo Olivo-Cerda (2)      3                   08MJ1008

1

**O R D E R**

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5 forthwith to the Department of Homeland Security for return to their country of origin.

6    **SO ORDERED.**

7

8    Dated: _____4/15/08_____.                    _____
                                                    United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Edgar Ricardo Olivo-Cerda (2)        4        08MJ1008